IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EDNA TOMMIE, )<br>ERIC CYPRESS, JR., and )<br>JONATHAN WILLIAM CYPRESS, )<br>)<br>Defendants. )<br>_____) | Case No. |

## COMPLAINT

The United States of America complaints and alleges as follows:

1. The United States brings this action to obtain a monetary judgment against Edna Tommie for her unpaid federal income tax liabilities for the 2004, 2005, 2007, 2008, and 2009 tax years (the "years at issue") and a declaratory judgment that the United States holds valid federal tax liens for those liabilities that are enforceable against Tommie's interests in the real properties located at 15664 S.R. 78, Okeechobee, Florida and 15853 S.R. 78, Okeechobee, Florida (collectively the "Subject Properties").

### JURISDICTION AND VENUE

2. This action is authorized and sanctioned by the Chief Counsel, Internal Revenue Service, a delegate of the Secretary of the Treasury, and is brought at the direction of the Attorney General of the United States, in accordance with the provisions of 26 U.S.C. § 7401.

3. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1340 and 1345 and 26 U.S.C. § 7402(a).

4. Venue is appropriate in this Court pursuant to 28 U.S.C. §§ 1391(b) and 1396 because the defendants reside in Glades County, Florida within the jurisdiction of this Court; the federal income taxes at issue accrued in this district; and the Subject Properties are located in this district.

## PARTIES

5. Plaintiff is the United States of America.

6. Defendant Edna Tommie resides at 18040 Jones Road NE, Okeechobee, Florida. As alleged below, Tommie is liable to the United States for unpaid federal income taxes assessed against her for the 2004, 2005, 2007, 2008, and 2009 tax years. The federal tax liens that arose upon assessment of those liabilities attach to Tommie's one-half interests in the Subject Properties.

7. Defendant Eric Cypress, Jr., is Tommie's son. Eric Cypress, Jr., resides at 15664 S.R. 78, Okeechobee, Florida. He and Tommie own the property located at 15664 S.R. 78, Okeechobee, Florida as joint tenants with right of survivorship. Eric Cypress, Jr. is named as a defendant in this action pursuant to 26 U.S.C. § 7403(b) as a party who may claim in interest in 15664 S.R. 78, Okeechobee, Florida.

8. Defendant Jonathan William Cypress is Tommie's son. Jonathan William Cypress resides at 15853 S.R. 78, Okeechobee, Florida. He and Tommie jointly own the property located at 15853 S.R. 78, Okeechobee, Florida as tenants in common. Jonathan William Cypress is named as a defendant in this action pursuant to 26 U.S.C. § 7403(b) as a party who may claim in interest in 15853 S.R. 78, Okeechobee, Florida.

## THE SUBJECT PROPERTIES

9. The United States seeks a declaration that its federal tax liens against Tommie attach to the real properties located at 15664 S.R. 78, Okeechobee, Florida and 15853 S.R. 78, Okeechobee, Florida.

10. The real property located at 15664 S.R. 78, Okeechobee, Florida is identified as Parcel ID A08-40-33-A00-004C-0000 and described as follows:

> A PARCEL OF LAND LYING IN SECTION 8, TOWNSHIP 40 SOUTH, RANGE 33 EAST, GLADES COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:
>
> COMMENCE AT THE NORTHEAST CORNER OF THE NORTHEASE ONE-QUARTER (NE ¼) OF THE SOUTHWEAT ONE QUARTER (SW ¼) OF SAID SECTION 8, THENCE BEARS 89º32'27" W ALONG THE NORTH LINE OF SAID NE ¼ OF THE SW ¼ A DISCATNCE OF 444.52 FEET;
>
> THENCE BEAR 00º44'17" E A DISTANCE OF 1752.77 FEET TO A POINT LYING ON THE SOUTHERLY RIGHT OF WAY LINE OF S.R. 78 (200.00 FEET IN WIDTH) AND ALSO BEING THE POINT OF BEGINNING;
>
> THENCE CONTINUE 00º44'17" E, A DISTANCE OF 233.25 FEET TO THE 17 FOOT CONTOUR LINE;
>
> THENCE BEAR N 87º22'47" W ALONG SAID 17 FOOT CONTOUR LINE A DISTANCE OF 222.48 FEET;
>
> THENCE BEAT N 00º44'34" W A DISTANCE OF 146.41 FEET TO A POINT LYING ON SAID SOUTHERLY RIGHT OF WAY LINE OF S.R. 78; THENCE BEAR N 73º12'30" E ALONG SAID SOUTHERLY RIGHT OF WAY LINE OF S.R. 78 A DISTANCE OF 231.12 FEET TO THE POINT OF BEGINNING.

11. The real property located at 15853 S.R. 78, Okeechobee, Florida is identified as Parcel ID A08-40-33-U02-0000-0030 and described as follows:

> Lot 3 and 4, Mrs. W.B. Norton's Subdivision, Book 3, Page 16, 12247 SR 78, Moore Haven, Florida 33471.
>
> More accurately described as follows:
>
> Lots 3 and 4, Mrs. W.B. NORTON'S SUBDIVISION, as per plat thereof as Recorded in Plat Book 3, Page 16, of the Public Records of Glades County, Florida.

## COUNT I: REDUCE EDNA TOMMIE'S UNPAID FEDERAL
## INCOME TAX ASSESSMENTS TO JUDGMENT

12. Tommie filed federal income tax returns as head of household for each of the years at issue, and paid the tax that she reported on those returns.

13. The IRS examined each of Tommie's federal income tax returns, determined that Tommie failed to report the taxable income she received from the Seminole Tribe of Florida in each of the years at issue, and issued a statutory notice of deficiency to Tommie's last known address proposing to assess additional federal income taxes, penalties and interest.

14. Tommie did not file a petition in Tax Court to redetermine the proposed deficiencies.

15. After the restriction on assessment lapsed, a delegate of the Secretary of the Treasury assessed against Tommie the tax, penalties, and interest set forth in the notice of deficiency. The assessments were made on the dates and in the amounts set forth below:

| **Tax Year** | **Assessment Date** | **Tax** | **Interest** | **Penalties** |
|---|---|---|---|---|
| 2004 | July 4, 2011 | $121,436 | $63,254.16 | $24,287.20 (accuracy related) |
| 2005 | Mach 15, 2013 | $135,461 | $67,764.53 | $27,092.20 (accuracy related) |
| 2007 | June 30, 2014 | $110,423 | $41,345.20 | $26,948 (failure to file) $22,084.60 (accuracy related) |
| 2008 | November 10, 2014 | $60,841 | $14,992.65 | $11,097 (accuracy related) |
| 2009 | November 10, 2014 | $39,681 | $7,659.29 | $7,936.20 (accuracy related) |

16. A delegate of the Secretary of the Treasury properly gave Tommie notice of the liabilities described in paragraph 15, above, and made demands for payment.

17. Despite notice and demand for payment, Tommie has failed and refused to pay in full the liabilities described in paragraph 15, above.

18.     Taking into account all payments, credits, and abatements, Tommie owes a total of $1,087,618.70, as of December 10, 2020, on account of her unpaid federal income taxes for the years at issue, plus fees, interest, and all statutory additions thereafter provided by law.

**COUNT II: DECLARATORY JUDGMENT THAT THE FEDERAL TAX LIENS ARE ENFORCEABLE AGAINST THE REAL PROPERTY LOCATED AT 15664 S.R. 78, OKEECHOBEE, FLORIDA**

19.     On January 31, 2008, Tommie and Eric Cypress, Jr., acquired the real property located at 15664 S.R. 78, Okeechobee, Florida as joint tenants with right of survivorship by virtue of a warranty deed recorded in the Public Records of Glades County, Florida at Book 272, Page 1021.

20.     Tommie and Eric Cypress, Jr., each own a one-half interest in the real property located at 15664 S.R. 78, Okeechobee, Florida.

21.     On the dates of the assessments described in paragraph 15, above, federal tax liens arose and attached to all of Tommie's property and rights to property, including her interest in the property located at 15664 S.R. 78, Okeechobee, Florida. 26 U.S.C. §§ 6321, 6322.

22.     The IRS recorded Notices of Federal Tax Lien against Tommie in the Public Records of Glades County, Florida for the years at issue as shown below:

| Tax Year | Lien Recording Date | Book and Page Location |
|---|---|---|
| 2004 | February 24, 2014 | Book 312, Page 319 |
| 2005 | February 24, 2014 | Book 312, Page 319 |
| 2007 | September 27, 2019 | Book 354, Page 760 |
| 2008 | March 2, 2015 | Book 319, Page 383 |
| 2009 | March 2, 2015 | Book 319, Page 383 |

23.     The United States is entitled to a declaratory judgment that the federal tax liens against Tommie are valid; that the federal tax liens attach to Tommie's interest in the real property located at 15664 S.R. 78, Okeechobee, Florida; and that the federal tax liens may be

enforced against Tommie's interest in the real property located at 15664 S.R. 78, Okeechobee, Florida in accordance with section 7403 of the Internal Revenue Code through a judicial sale.

### COUNT III: DECLARATORY JUDGMENT THAT THE FEDERAL TAX LIENS ARE ENFORCEABLE AGAINST THE REAL PROPERTY LOCATED AT 115853 S.R. 78, OKEECHOBEE, FLORIDA

24. On July 27, 2006, Tommie and Jonathan William Cypress acquired the real property located at 15853 S.R. 78, Okeechobee, Florida as tenants in common by virtue of a warranty deed recorded in the Public Records of Glades County, Florida at Book 254, Page 932.

25. Tommie and Jonathan William Cypress each own a one-half interest in the real property located at 15853 S.R. 78, Okeechobee, Florida.

26. On the dates of the assessments described in paragraph 15, above, federal tax liens arose and attached to all of Tommie's property and rights to property, including her interest in the property located at 15853 S.R. 78, Okeechobee, Florida. 26 U.S.C. §§ 6321, 6322.

27. The IRS recorded Notices of Federal Tax Lien against Tommie in the Public Records of Glades County, Florida for the years at issue as shown below:

| Tax Year | Lien Recording Date | Book and Page Location |
|---|---|---|
| 2004 | February 24, 2014 | Book 312, Page 319 |
| 2005 | February 24, 2014 | Book 312, Page 319 |
| 2007 | September 27, 2019 | Book 354, Page 760 |
| 2008 | March 2, 2015 | Book 319, Page 383 |
| 2009 | March 2, 2015 | Book 319, Page 383 |

28. The United States is entitled to a declaratory judgment that the federal tax liens against Tommie are valid; that the federal tax liens attach to Tommie's interest in the real property located at 15853 S.R. 78, Okeechobee, Florida; and that the federal tax liens may be enforced against Tommie's interest in the real property located at 15853 S.R. 78, Okeechobee, Florida in accordance with section 7403 of the Internal Revenue Code through a judicial sale.

WHEREFORE, the United States prays that the Court grant the following relief:

A.  Enter judgment in favor of the United States and against Edna Tommie in the amount of $1,087,618.70, as of December 10, 2020, for her unpaid federal income taxes for the 2004, 2005, 2007, 2008, and 2009 tax years, plus interest under 26 U.S.C. § 6621, 6622 and other statutory additions as allowed by law;

B.  Declare that the federal tax liens against Edna Tommie for her unpaid federal income taxes for the 2004, 2005, 2007, 2008, and 2009 tax years are valid and enforceable through judicial sale under section 7403 of the Internal Revenue Code;

C.  Declare he federal tax liens against Edna Tommie for her unpaid federal income taxes for the 2004, 2005, 2007, 2008, and 2009 tax years attach to her one-half interest in the real property located 15664 S.R. 78, Okeechobee, Florida;

D.  Declare he federal tax liens against Edna Tommie for her unpaid federal income taxes for the 2004, 2005, 2007, 2008, and 2009 tax years attach to her one-half interest in the real property located 15853 S.R. 78, Okeechobee, Florida; and

E.  Award such further relief as the Court deems just and proper.

Dated December 14, 2020.

Respectfully submitted,

RICHARD ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Thomas K. Vanaskie*
THOMAS K. VANASKIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C.  20044
202-305-7921 (v)
202-514-4963 (f)

Thomas.K.Vanaskie@usdoj.gov

Of Counsel:

MARIA CHAPA LOPEZ
United States Attorney

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

### DEFENDANTS
Edna Tommie, Eric Cypress, Jr., and Johnathan William Cypress

**(b)** County of Residence of First Listed Plaintiff: _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Glades
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Thomas K. Vanaskie, U.S. Dep't of Justice, Tax Division
P.O. Box 14198, Washington DC 20044, 202-305-7921

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [x] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**TORTS — PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS — Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [x] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
26 USC section 7402, 7403

Brief description of cause:
Obtain monetary judgment and declaratory judgment that liens attach to property

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 1,087,000

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes [x] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):* JUDGE _____ DOCKET NUMBER _____

DATE: 12/14/2020
SIGNATURE OF ATTORNEY OF RECORD: *(signature)*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| Edna Tommie, Eric Cypress, Jr., Jonathan William Cypress | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Edna Tommie
18040 Jones Road NE
Okeechobee, Florida 34947

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Thomas K. Vanaskie
Trial Attorney
U.S. Department of Justice, Tax Division
PO Box 14198
Washington, DC 20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| United States of America <br><br> *Plaintiff(s)* <br> v. <br> Edna Tommie, Eric Cypress, Jr., Jonathan William Cypress <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Eric Cypress, Jr.
    15664 S.R. 78
    Okeechobee, Florida 34974

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Thomas K. Vanaskie
    Trial Attorney
    U.S. Department of Justice, Tax Division
    PO Box 14198
    Washington, DC 20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____      _____
                               *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| United States of America<br><br>*Plaintiff(s)*<br><br>v.<br><br>Edna Tommie, Eric Cypress, Jr., Jonathan William Cypress<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Jonathan William Cypress
15853 S.R. 78
Okeechobee, Florida 34974


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Thomas K. Vanaskie
Trial Attorney
U.S. Department of Justice, Tax Division
PO Box 14198
Washington, DC 20044


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: